No. 34, Misc. HARDEN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Arlo E. Smith* and *Albert W. Harris, Jr.,* Deputy Attorneys General, for respondent.

No. 36, Misc. STARR *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William L. Guild,* Attorney General of Illinois, for respondent.

No. 39, Misc. FRAZIER *v.* DOWD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 40, Misc. HILBERT *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *David Freeman* for petitioner.

No. 42, Misc. HOBART *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Caryl Warner* for petitioner. *Solicitor General Rankin* for the United States.

No. 46, Misc. TINSLEY *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 47, Misc. RANDOLPH *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 53, Misc. HAWKS *v.* VIRGINIA ET AL. Supreme Court of Appeals of Virginia. Certiorari denied.